UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In the Matter of the Complaint )<br>)<br>of )<br>)<br>Bing Bing Corp. as Owner of the 55' )<br>F/V BING BING (O.N. 583490), Her Engines, )<br>Machinery, Tackle, Apparel, Appurtenances, )<br>etc., for Exoneration From, or Limitation of, )<br>Liability, Civil and Maritime, )<br>)<br>Plaintiff. )<br>) | Civil Action: 1:22-cv-11316-ADB<br>IN ADMIRALTY |

**PLAINTIFF'S REPORT OF CLAIMS**

NOW COMES the Plaintiff, Bing Bing Corp., pursuant to Rule F(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and reports that the following Claim has been filed with United States District Court, District of Massachusetts in the above entitled action.

**Claimant:**            Kristin Ostapchuk

**Claimant's Attorneys:**  Carolyn M. Latti BBO # 567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000
CLatti@lattianderson.com

**Nature of Claim:**     Count I – Personal Injury – Jones Act Negligence

Count II – Personal Injury – General Maritime Law Unseaworthiness

Count III – Maintenance and Cure – General Maritime Law

Count IV – Intentional/Negligent Failure to Provide Maintenance and Cure – Jones Act Negligence and General Maritime Law

**Amount of Claim:**     Unspecified as to Counts I and II.

Count III - $50,000 with costs and interest.

                      Respectfully submitted,

                      The Plaintiff, Bing Bing Corp.,
                      By its attorneys,

                      */s/ Daniel C. Kelley*
                      Robert J. Murphy BBO# 557659
                      Daniel C. Kelley BBO# 703555
                      Holbrook & Murphy
                      238-240 Lewis Wharf
                      Boston, MA  02110
                      (617) 428-1151
                      rmurphy@holbrookmurphy.com
                      dkelley@holbrookmurphy.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2022, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                      */s/ Daniel C. Kelley*
                      Daniel C. Kelley BBO# 703555
                      Holbrook & Murphy
                      238-240 Lewis Wharf
                      Boston, MA  02110
                      (617) 428-1151
                      dkelley@holbrookmurphy.com